UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REITA N. AGARWAL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:07-1149 |
| | ) Judge Echols |
| GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, Department of Veterans Affairs, | ) ) ) ) |
| Defendant. | ) |

### ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendant's Motion to Dismiss or Alternatively for Summary Judgment (Docket Entry No. 9) is hereby DENIED.

This case is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE