UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REITA N. AGARWAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-1149 |
| ) | Judge Echols |
| GORDON H. MANSFIELD, Acting ) | |
| Secretary of Veterans Affairs, ) | |
| Department of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendant's Motion for Summary Judgment (Docket Entry No. 35) is hereby DENIED.

The Pretrial Conference in this case will be held on January 26, 2009 at 1:30 p.m., and the jury trial will commence on February 17, 2009, both as previously scheduled.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REITA N. AGARWAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:07-1149 |
| | ) Judge Echols |
| GORDON H. MANSFIELD, Acting | ) |
| Secretary of Veterans Affairs, | ) |
| Department of Veterans Affairs, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendant's Motion for Summary Judgment (Docket Entry No. 35) is hereby DENIED. Plaintiff Dr. Agarwal and Defendant shall appear for trial on July 7, 2009 and the pretrial conference shall be held on June 17, 2009 as previously scheduled.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

### I. FACTUAL BACKGROUND

Dr. Agarwal is a physician employed by the Department of Veterans Affairs ("VA") who worked in the Emergency Room at the Alvin C. York Medical Center Campus in Murfreesboro, Tennessee. It was her transfer from the Emergency Room and the failure to allow her to attend a leadership program which led to this litigation. The facts underlying Plaintiff's claims are construed in Plaintiff's favor and are as follows.

The Alvin C. York Medical Center is part of the Tennessee Valley Healthcare System, which is a part of the VA. Primary Care is a section of the Alvin C. York Medical Center consisting of the

1